# Law Offices of Irina Roller, PLLC

40 Wall Street  
New York, New York 10005

Telephone (212) 688-1100  
Facsimile (212) 706-9362  
Email: Hearings@RollerEsq.com

---

January 3, 2024

**VIA ECF**

Hon. Denise L. Cote  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl St.  
New York, NY 10007-1312

*Denied.*  
*/s/ Denise Cote*  
*1/3/24*

Re:   *M.N. et. al. v. New York City Department of Education*  
      23-cv-07791 (DLC)

Dear Judge Cote:

　　Please be advised that this firm represents the Plaintiffs in the above action. Plaintiffs brought this action seeking attorneys' fees, costs and expenses pursuant to the fee shifting provision of the Individual with Disabilities Education Act, 20 U.S.C. §1400, et. seq. wherein Plaintiffs were successful in the underlying trials, as well as for this action.

　　Plaintiffs respectfully submit this letter requesting an adjournment of the Show Cause Hearing scheduled for January 4, 2023 at 2:00 p.m. per the Court's Order (Dkt. No. 11), *sine die*.

　　I apolgize that the settlement demand was provided late and after the date by which Your Honor ordered it be provided. There were personal reasons for the delay, which I communicated to defense counsel. However, I take full responsibility for my oversight in not also communicating with the Court to request additional time.

　　I believe that the parties will work together in good faith to resolve this matter without the need to involve the Court. Prior to writing to the Court my office requested consent for the adjournment from defense counsel, however they did not consent. There is no prejudice to the Defendant that I am aware of if tomorrow's hearing is adjourned. There is no additional discovery required from plaintiffs and I anticipate a likelihood that this matter will resolve through settlement negotiations.

　　I thank you in advance for the Court's consideration of this request.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　s/_____  
　　　　　　　　　　　　　　　　　　　　　　　Irina Roller  
　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for the Plaintiff*

cc:   Vivian Drohan, Esq., *Attorneys for the Defendant*