UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
M.N individually and on behalf of her child N.V., a minor,

                                    Plaintiffs,                    23-cv-07791 (DLC)

    -against -                                        **JUDGMENT**

NEW YORK CITY DEPARTMENT OF EDUCATION,

                                    Defendant.
-------------------------------------------------------------- x

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 20, 2024, judgment is hereby entered against Defendant in the amount of $48,375.00 for attorneys' fees and costs, plus post-judgment interest; accordingly, the case is closed.

Dated:    January 7, 2025
             New York, New York

                                                              *Denise Cote, USDJ*

                                By:  _____
                                         Clerk of the Court


                                            _____
                                         Deputy Clerk of the Court